# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY C. STEPHENS** : | |
|    Petitioner : | Civil Action No. 1:14-cv-977 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **LAWRENCE MALHALLY, Acting** : | (Magistrate Judge Saporito) |
| **Superintendent, et al.** : | |
|    Respondents : | |

## ORDER

Before the Court in the above-captioned action is a June 29, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, this 17th day of July, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito. (Doc. No.21).

2) The petition (Doc. No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

3) The petitioner's "Motion for Judicial Determination of Capacity and Competence, and, for Immediate Relief" (Doc. No. 18) is **DENIED**.

4) The petitioner's motion for judgment on the pleadings (Doc. No. 20) is **DENIED**.

5) The Court declines to issue a certificate of appealability, as the petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

6) The Clerk of Court shall close the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
